IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WENDY RUTHERFORD | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION FILE NUMBER |
| v. | ) |
| | ) 1:17-CV-1333-LMB-IDD |
| AETNA LIFE INSURANCE COMPANY | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff Wendy Rutherford and defendant Aetna Life Insurance Company and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 26th day of June, 2018.

/s/ *Benjamin W. Glass, III*
Benjamin W. Glass, III
Benjamin W. Glass, III & Associates, P.C.
3915 Old Lee Highway, Suite 22-B
Fairfax, VA 22030-2432
Telephone: (703) 591-9829
Facsimile: (703) 783-0686
Email: Ben@benglasslaw.com

*Attorney for Plaintiff*

/s/ *Jason C. Hicks*
Jason C. Hicks (VSB No. 46961)
Womble Bond Dickinson (US) LLP
1200 Nineteenth Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 857-4536
Facsimile: (202) 261-0013
Email: Jason.hicks@wbd-us.com

*Attorney for Defendant*

So Ordered

/s/
_____
Leonie M. Brinkema       6/26/18
United States District Judge